UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

D.P.P..,

    Petitioner,

v.

ANGELA GATTO

    Respondent.

CIVIL ACTION

NO. 20-11935-DJC

## ORDER OF DISMISSAL

CASPER, J.

In accordance with the Court's ORDER dated November 2, 2020, it is hereby ORDERED that the above-entitled action be and hereby is dismissed for lack of jurisdiction.

November 2, 2020
Date

By the Court,

/s/ Daniel C. Hohler
Deputy Clerk